# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BOY SCOUTS OF AMERICIA AND | ) | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| Lonnie Washburn, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 21-51177 (LSS) |
| | ) | |
| v. | ) | |
| | ) | Re: Docket. No. 2 |
| Tort Claimant's Committee, Creditor's | ) | |
| Committee, Future Claimant's Representative, | ) | |
| Boy Scouts of America, The Coalition | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR LEAVE
## TO PROCEED IN FORMA PAUPERIS

IT IS HEREBY ORDERED that Lonnie Washburn's Motion for Leave to Proceed In Forma Pauperis is GRANTED.

Dated: October 13, 2021

BY THE COURT

Laurie Selber Silverstein
United States Bankruptcy Judge