United States Bankruptcy Court
District of Delaware

**FILED**
2022 JAN 25 AM 9:09
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: ~~Boy Scouts of America~~ Delaware BSA LLC,
        Debtor                                    )
                                                  )  Case No.: 20-10343-LSS
Louie Washburn                                    )  Chapter: 11
        Plaintiff                                 )
~~Delaware~~ ~~BSA, LLC,~~ ~~Boy Scouts of America~~ ~~BSA~~ ) Adv. Proc. No.: 21-51177
~~Tort Claims Committee,~~                        )
~~Unsecured Creditors Committee, The Coalition,~~ )
~~Future Claimants Representative,~~              )
        Defendant                                 )

### SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
### IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
    824 Market Street, 3rd Floor
    Wilmington, DE 19801

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Louie Washburn
3098 S. Highland Dr. #101
Salt Lake City, UT 84106

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

Address: Zoom Meeting          Room:
                               Date and Time: To Be Determined

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

United States Bankruptcy
Court for the District
of Delaware

Date: 01/18/2022

/s/ Una O'Boyle
*Clerk of the Bankruptcy Court*

# CERTIFICATE OF SERVICE

I, __Ron Saborous Jr__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __01/19/2022__ (date) by:

[X] **Mail Service:** Regular, first class United States mail, postage fully pre-paid, addressed to:

UNITED STATES TRUSTEE
844 KING STREET STE 2207 LockBox
WILMINGTON, DE 19801

[ ] **Personal Service:** By leaving the process with defendant or with an officer or agent of defendant at:

[ ] **Residence Service:** By leaving the process with the following adult at:

[ ] **Certified Mail Service on an Insured Depository Institution:** By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] **Publication:** The defendant was served as follows: [Describe briefly]

[ ] **State Law:** The defendant was served pursuant to the laws of the State of _____, (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__01/19/2022__      __[signature]__
Date                Signature

Print Name:

Business Address:

City:            State:        Zip:

## ATTACHMENT "A" to Summons Proof of Service

Boy Scouts of America and
Delaware BSA, LLC
1325 West Walnut Hill Lane
Irving, TX 75038

Unsecured Creditors Committee
Reed Smith, LLP
ATTN: Kurt F. Gwynne
120 N Market Street STE 1500
Wilmington, DE 19801

Tort Claimants Committee
Pachylski, Stang, Ziehl, and Jones
919 North Market Street STE 1700
Wilmington, DE 19801

Morris, Nichols, Arsht, Tunnell, LLP
Attn: Derek Abbott
1201 N Market Street- 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Future Claimants Representative
Kenneth N. Enos
Rodney Square 1000 N King Street
Wilmington, DE 19801

MONZACK MERSKY & BROWDER, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801

BROWN RUDNICK LLP
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111

United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbo
Wilmington, DE 19801

1  **Form 416D  Caption for Use in Adversary Proceeding**

2

3

## United States Bankruptcy Court

4

5  _____ District Of __Delaware__

6

7  In re  _____,  Case No.
                                        20-10343  LSS
   Debtor  Boy Scouts of America, and
8          Delaware BSA, LLC
           _____,  Chapter
                                        11
9  Plaintiff
           Lonnie J. Washburn
10         _____,  Adv. Proc. No.
                                        21-51177
           Tort Claimant's Committee, Unsecured
11 Defendant  Creditors Committee, Future Claimant's
              Representative, Boy Scouts of America,
              The Coalition

12    FIRSTAMMENDED  COMPLAINT [*or* other designation]

13

14  [If in a Notice of Appeal and Statement of Election (see Form 417A) or other notice filed and served by the debtor, the caption must be altered to include the debtor's address and Employer's Tax Identification Numbers(s) or last four digits of Social Security Number(s) as in Form 416A]

15

16  Pursuant to FRBP 7015 and FRCP Rule 15 (a) 1 (A),, US Bankruptcy

17  Code Section VII, and Delaware Civil Code, the Plaintiff, Lonnie J.

18  Washburn, a claim holder in The  Boy Scouts of America, And

19  Delaware BSA, LLC. Bankruptcy Case, reapectfully files this FIRST

20     AMMENDED COMPLAINT within the timeframe allowed by FRCP Rule 15 (a) 1 (A).

## Introduction

1. This action is for relief for damages caused by Defendants, Tort Claimant's Committee, Unsecured Creditor's Committee, Future Claimant's Representative, Boy Scouts of America, Delaware BSA, LLC., and The Coalition, collectively referred to as DEFENDANTS for violations including: Civil Conspiracy, Breach of Fiduciary Duty, Unfair Discrimination based upon Plaintiff's status as a sex abuse victim.

## Claims

2. The Defendants did knowingly, and willingly enter into a civil conspiracy.

3. As a result of their participation in the RSA, the Defendants's actions and inactions breached their Fiduciary Duties to the Plaintiff, who was harmed financially and emotionally by the Defendants actions and inactions.

4. Defendant's were Grossly Negligent the point of Willful Misconduct when they entered into a pact that refused to settle even a single sex abuse claim, and even associate with any lawyer who represents a sex abuse victim, unless that lawyer joined their pact. That violated the Plaintiff's rights to equal representation, Due process, and is fundamentally unfair and discriminatory to the Plaintiff based on his status as a sex abuse victim.

5. The Defendants willfully, recklessly, conspired to fix fees and compensation for services rendered from funds from the estate, violating U.S.C. 18 Section 155. The direct result would be less money left to the estate to pay the Plaintiff's claim.

6. The Defendants pact and subsequent actions and inactions caused the Plaintiff to be deprived of Due Process, including, but not limited to, the Channeling Agreement, and inadequate representation therein, resulting in no ability to recover damages in civil court from the Debtor, or any other covered parties.

7. The Plaintiff suffered damages including increased expenses, loss of claim differential, as well as mental amd emotional anguish inflicted by the Defendants.

Relief

8. Given the recklessness of their actions and the severity of their consequences, the Plaintiff prays the court for total relief in the amount of $5,600,625.00; Face value of claim: $4,500,000.00, Emotional Damages/Mental Anguish: $100,000.00, Punitive Damages: $1,000,000.00, Legal Consultation Expenses: $500.00, Office Expenses: $125.00

Under penalty of perjury. I swear the above information is true and correct to the best of my knowledge.

Dated this 18th day of January 2022

Lonnie L. Washburn
ATTORNEY PRO SE
3098 S. Highland Drive STE 101
Salt Lake City, UT 84106
Tel.: 801-548-6884
CollinLongshanks@gmail.com

## Lonnie Washburn's Declaration in support of Plaintiff's Claim

Plaintiff, Lonnie Washburn, declares the following:

1). The TCC has a fiduciary duty to represent the best interests of the creditors.

2) The Creditors Committee has a fiduciary duty to protect the interests snd claims of the creditors.

3). The Debtor has a fiduciary duty to both the company as well as the claimants to maximize rhe estate and not waste funds.

4) The TCC was a signatory of the RSA agreement.

5) The Creditors Committee was not a signatory, but did support the RSA.

6) The Debtor sought permission to join the RSA.

7) While the RSA was dissolved on August 21, 2021, the participants continue to adhere to its tennants.

8) The RSA has certain negative covenants among its

participants including "settlement of any abuse claims against the debtor" or "associating with any co-counsel with respect to the representation of any holder of a Direct Abuse Claim unless such co-counsel agrees to become, and in fact becomes, a joining party to the RSA".

9) The Debtors motivated by animosity towards Abuse Victims refused Plaintiff's negotiation attempt, which would have settle a claim less than the claims value.

10) The Debtors, and TCC , and Future Claimants Representative have made a concerted effort to settle as many non-abuse litigation claims as possible prior to plan confirmation, as required by the RSA, including withdrawals of objection, and supporting settlements and motions they previously opposed.

11) Debtors have refused to negotiate with Abuse victims, yet have negotiated with all other creditors, including indirect abuse victims (a lower class), resulting in unfair discrimination against Plaintiff.

12) Debtors refusal to negotiate or settle based on the claimants having been sexually abused is unlawful discrimination; and has resulted in emotional harm, additional expenses to the Plaintiff.

13). The Unwillingness of RSA signatories and supporters to associate with counsel for abuse victims demonstrates the animosity toward Direct Abuse Victims, and has deprived the Plaintiff of fair and equal treatment under the law.

14) The TCC and Creditor Committee's participation in and support of the RSA, and patently unfair plan (as they now acknowledge) demonstrates the inadequacy of

representation of the creditor in this case, resulting in the Plaintiff being deprived of Due Process rights, including but not limited to pertaining to the Channeling Injunction.

Under penalty of perjury, I swear the foregoing to be true and correct to the best of my knowledge.

Dated this 29th day of September 2021

*[signature]*

Lonnie Washburn
ATTORNEY PRO SE
3098 South Highland Dr. STE 101
Salt Lake City, UT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com