## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND | Case No. 20-10343 (LSS) |
| DELAWARE BSA, LLC,[1] | (Jointly Administered) |
| Debtors. | |
| LONNIE WASHBURN<br>                    Plaintiff,<br>v.<br>TORT CLAIMANT'S COMMITTEE, UNSECURED CREDITORS COMMITTEE, FUTURE CLAIMANT'S REPRESENTATIVE, BOY SCOUTS OF AMERICA, THE COALITION | Adv. Proc. No. 21-51177 (LSS) |

### JOINDER OF THE
### COALITION OF ABUSED SCOUTS FOR JUSTICE IN THE
### DEBTORS' OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT

The Coalition of Abused Scouts for Justice (the "Coalition"), by its undersigned counsel,

hereby states its support for, and to the extent applicable joins in, *The Boy Scouts of America and*

*Delaware BSA, LLC's Opposition to Plaintiff's Motion for Entry of Default* [Docket No. 14] (the

"Debtor Opposition").

1.       Like the Debtors, the Coalition received a copy of Plaintiff's Motion for Default

dated February 3, 2022 via first class mail to counsel, which was received by the Coalition on

February 9, 2022.[2,3]

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2]  Capitalized terms not otherwise defined herein shall have the meanings provided in the Debtor Opposition.

2.      The Coalition hereby joins in the Debtor Opposition and notes, in particular, that (a) the Amended Complaint was served with an amended summons on January 19, 2022; (b) the amended summons expressly provided defendants 30 days from issuance (i.e., February 17, 2022) to file a motion or answer in response to the Amended Complaint, and (c) the Coalition filed a motion to dismiss this adversary proceeding on February 7, 2022, well within any arguable deadline to respond to the amended complaint.

WHEREFORE, the Coalition joins in the Debtor Opposition, requests that the Motion for Default be denied and that the Court grant such other and further relief as it deems appropriate.

Dated: February 10, 2022                **MONZACK MERSKY & BROWDER, P.A.**
Wilmington, Delaware

                                        */s/ Rachel B. Mersky*
                                        Rachel Mersky (DE No. 2049)
                                        1201 N. Orange Street, Suite 400
                                        Wilmington, Delaware 19801
                                        Telephone:     (302) 656-8162
                                        Facsimile:      (302) 656-2769
                                        E-mail:          rmersky@monlaw.com

                                                -and-

                                        **BROWN RUDNICK LLP**
                                        David J. Molton, Esquire
                                        Eric R. Goodman
                                        Seven Times Square
                                        New York, New York 10036
                                        Telephone: (212) 209-4800
                                        E-mail: dmolton@brownrudnick.com
                                        E-mail: egoodman@brownrudick.com

                                                -and-

---

[3] As of the time of filing of this Joinder, the Motion for Default has not been docketed.

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
E-mail: sbeville@brownrudnick.com
E-mail: taxelrod@brownrudnick.com

*Co-Counsel to the Coalition of Abused Scouts for Justice*

64436785 v1-WorkSiteUS-036293/0001
64436785 v2-WorkSiteUS-036293/0001