## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

Plaintiff,

Lonnie J. Washburn

vs.

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

Defendant.

Chapter 11

Case No.:   20-10343  LSS

Jointly Administered

Adv Proc. No. 21-51177 LSS

## MOTION FOR ENTRY OF DEFAULT

Plaintiff(s) (name) request(s) that the clerk of court enter default against defendant(s)

(name) pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request

plaintiff(s) relies (rely) upon the record in this case and the affidavit submitted herein.

Dated this 3ʳᵈ day of Fepruary , 2009.

Attorney for Plaintiff

FILED

2022 FEB -8  AM 8: 34

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
CLERK

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re: Boy Scouts of America, Delaware BSA, LLC
Plaintiff,

Lonnie J. Washburn

vs.

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee
Defendant.

Chapter 11
Case No.: 20-10343 LSS
Jointly Administered
Adv Proc. No. 21-51177 LSS

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT

Lonnie J. Washburn
I, (name), being duly sworn, state as follows:

1.    I am the attorney for the plaintiff in the above-entitled action and I am familiar

with the file, records and pleadings in this matter.

2.    The summons and complaint were filed on (date). 10/04/2021

3.    Defendant(s) was (were) served with a copy of the summons and complaint on
12/30/2021 and 01/19/2022 (ammended complaint)
(date), as reflected on the docket sheet by the proof of service filed on (date).    01/25/2022

4.    An answer to the complaint was due on (date). 02/02/2022

(Except for Future Claimant's Representative)
5.    Defendant(s) has (have) failed to appear, plead or otherwise defend within the

time allowed and, therefore, is (are) now in default.

6.    Plaintiff requests that the clerk of court enter default against the defendant(s).
Boy Scouts of America, Delaware BSA, LLC, The Coalition, Tort Claims Committee, Creditors Committee

Sworn to and subscribed before
me this   2   day of   February  ,
2009  2022

Notary Public

My Commission Expires: 04/10/2024

Attorney for Plaintiff
Lonnie J. Washburn, Pro Se

JOSH CADE ELDREDGE
Notary Public  State of Utah
My Commission Expires on:
April 10, 2024
Comm. Number: 711493

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re: Boy Scouts of America, Delaware BSA, LLC

    Plaintiff,

Lonnie J. Washburn

vs.

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

    Defendant.

Chapter 11
Case No.:  20-10343  LSS
Jointly Administered
Adv Proc. No. 21-51177 LSS

## ENTRY OF DEFAULT

Lonnie J. Washburn

Plaintiff(s) (name) requests that the clerk of court enter default against defendant(s)

Boy Scouts of America, Delaware BSA, LLC,  The Coalition, Tort Claims Committee, Creditors Committee

(name) pursuant to Federal Rule of Civil Procedure 55(a).  It appearing from the record that

defendant(s) has (have) failed to appear, plead or otherwise defend, the default of

Boy Scouts of America, Delaware BSA, LLC,  The Coalition, Tort Claims Committee, Creditors Committee

defendant(s) (name) is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2022.


_____
CLERK OF THE COURT

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

In re:  Boy Scouts of America, Delaware BSA, LLC
        Plaintiff,

Lonnie J. Washburn

vs.

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

        Defendant.

Chapter 11
Case No.: 20-10343  LSS
Jointly Administered
Adv Proc. No. 21-51177 LSS

## CERTIFICATE OF SERVICE

Rodrigo Sagrado, Jr.                    R. Sagrado
I, (name), hereby certify that I am employed by (name) and am of such age and

discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the Motion for Entry of Default,

Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed

in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below,

which is (are) the last known address(es) of said defendant(s), and deposited said

envelope(s) in the United States mail.

Addressee: Name(s) and address(es) of defendant(s).

    SEE ATTACHMENT

    Dated this  3rd  day of  February  , 2022



## ATTACHMENT "A" to Summons Proof of Service

Boy Scouts of America and
Delaware BSA, LLC
1325 West Walnut Hill Lane
Irving, TX 75038

Unsecured Creditors Committee
Reed Smith, LLP
ATTN:  Kurt F. Gwynne
120 N Market Street STE 1500
Wilmington, DE 19801

Tort Claimants Committee
Pachylski, Stang, Ziehl, and Jones
919 North Market Street STE 1700
Wilmington, DE 19801

Morris, Nichols, Arsht, Tunnell, LLP
Attn:  Derek Abbott
1201 N Market Street- 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Future Claimants Representative
Kenneth N. Enos
Rodney Square 1000 N King Street
Wilmington, DE 19801

MONZACK MERSKY & BROWDER, P.A.
Attn:  Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801

BROWN RUDNICK LLP
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111

United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbo
Wilmington, DE 19801