# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

FILED

2022 FEB -7 PM 3: 39

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

BOY SCOUTS OF AMERICA AND
DELAWARE BSA, LLC,[1]

    Debtors.

Chapter 11

Case No. 20-10343 (LSS)

(Jointly Administered)

Adv Proc. No. 21-51177

Lonnie J. Washburn
    Plaintiff

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

    Defendant(s)

## MOTION FOR ENTRY OF DEFAULT JUSGEMENT

Plaintiff(s) Lonnie J. Washburn requests that entry of judgment by default be entered against defendant(s) Boy Scouts of America, Delaware BSA, LLC, , The Coalition, Creditors Committee , pursuant to Federal Rule of Civil Procedure 55(b). In support of this request plaintiff(s) relies (rely) upon the record in this case and the affidavit submitted herein.

Dated this _____ day of __February__, 2022

_[signature]_

Lonnie Washburn
ATTORNEY PRO SE
3098 S. Highland Dr. STE 101
Salt Lake City, UT 841"6
Tel.: (801) 548-6884
collinlongshanks@gmail.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Adv Proc. No. 21-51177 |

Lonnie J. Washburn
    Plaintiff

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

    Defendant(s)

---

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR ENTRY OF DEFAULT JUDGMENT

---

I, Lonnie J. Washburn, being duly sworn, state as follows:

1. I am the attorney for the plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The summons and complaint were served upon the defendant(s) on 12/30/2021 and 01/19/2022 (Amended Complaint)

3. An answer to the complaint was due on 02/02/2022.   No response was served within the time allowed by law nor has (have) the defendant(s) sought additional time within which to respond.

4. The default of defendant(s) was entered on 02/02/2022.

5. As required by the Servicemembers Civil Relief Act of 2003, I have confirmed that the defendant(s) is (are) not currently in active military service.

6. To my best information and belief, defendant(s) is (are) not an infant or incompetent person.

7. The claim of the plaintiff(s) is for:

damages in the amount of $5,600,625.00, Face value of claim: $4,500,000, EMOTIONAL damages/ Mental anguish: $100,000, Punitive damages: $1,000,000,.00, Legal expenses: $500.00, Office expenses: $125.00, plus post judgement interest at the weekly average Maturity yield of the U.S. Treasury as published by the Federal Reserve System (legal rate).

*[signature]*

Lonnie J. Washburn
ATTORNEY PRO SE
3098 A. Highland Dr. STE 101
Salt Lake City, uT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com

Sworn to and subscribed before Attorney for Plaintiff
me this __7__ day of __February__,
2022.

_____
Notary Public
My Commission Expires: 04/10/2024

**JOSH CADE ELDREDGE**
Notary Public State of Utah
My Commission Expires on:
April 10, 2024
Comm. Number: 711493

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Adv Proc. No. 21-51177 |

Lonnie J. Washburn
    Plaintiff

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

    Defendant(s)

## DEFAULT JUDGEMENT

The Defendants, Boy Scouts of America, Delaware BSA, LLC, The Coalition, Creditors Committee, having failed to appear, plead or otherwise defend in this
action, and default having been entered on 02/03/2022, and counsel for plaintiff(s) having requested judgment against the defaulted defendant(s) and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of plaintiff(s) Lonnie J. Washburn, and against defendant(s) Boy Scouts of America, Delaware BSA, LLC, The Coalition, Creditors Committee, as follows: Total damages in the amount of $5,600,625.00, Face value of claim: $4,500,000, EMOTIONAL damages/ Mental anguish: $100,000, Punitive damages: $1,000,000,.00, Legal expenses: $500.00, Office expenses: $125.00, plus post judgement interest at the weekly average Maturity yield of the U.S. Treasury as published by the Federal Reserve System (legal rate).

IT IS SO ORDERED.
Dated this _____ day of _____, 2022.

_____
JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND<br>DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Adv Proc. No. 21-51177 |

Lonnie J. Washburn
   Plaintiff

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

   Defendant(s)

---

## PLAINTIFF'S MOTION FIR ENTRY OF DEFAULT JUSGEMENR

---

I, Rodrigo Sagrado, Jr., hereby certify that I am employed by (R. Sagrado) and am of such age and discretion as to be competent to serve papers.

I further certify that on this date I caused a copy of the

Affidavit in Support of Motion for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to the defendant(s), at the address(es) stated below, which is (are) the last known address(es) of said defendant(s), and deposited said envelope(s) in the United States mail.

Addressee: Name(s) and address(es) of defendant(s).   SEE ATTACHMENT
   SEE ATTACHMENT

Dated this ___5th___ day of ___February___, 2022