IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Adv Proc. No. 21-51177 |

Lonnie J. Washburn
   Plaintiff

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

   Defendant(s)

PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING

Comes now the Plaintiff, Lonnie Washburn, asking the Courts permission to file a supplemental pleading in the above captioned case.

BACKGROUND

Plaintiff, Lonnie Washburn filed an Advesarry Complaint in the Boy Scouts of America and Delaware BSA, LLC. Bankruptcy case on 10/04/2021. 11/06/2021 An inflammatory email that could potentially influence abuse victims to vote against the BSA's plan was sent out, in part by the Pachulski Stang. Plaintiff filed the First Amended Complaint on 01/25/2022. On or about 02/10/2022 the Tort Claimants Committee, the official representatives of the abuse victims, announced a reversal of their standing opposition to the BSA's current plan. On 02/18/2022 The Wall Street Journal reported a $2M settlement between the BSA and the law firm Pachulski Stang regarding the inflammatory email.

## LEGAL BASIS

1. Rule 7015 of the Federal Rules of Bankruptcy Procedure states that FRCP RULE 15 applies to Adversary Procedures.
2. Federal Rules of Civil Procedure RULE 15 (d) Supplemental Pleadings. On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

## ARGUMENT

3. FRCP Rule 15(d) supports granting a MOTION TO SUPPLEMENT a pleading in cases where new information has come to light, even if the original pleading is defective in stating a claim.
4. Plaintiff argues that it is in the interest of Justice that he be allowed to supplement the First Amended Complaint with the facts of The BSA's $2M settlement with Pachulski Stang, the firm's apparent conflict of interest representing the victims while settling a claim brought against firm by the BSA, the Tort Claimants Committee's and the BSA's Fiduciary Duties to the Plaintiff, additional violations, and the facts of the Tort Claimants Committee's reversal of stance on the BSA's plan.

## RELIEF

5. Plaintiff prays the court to GRANT this MOTION TO SUPPLEMENT PLEADING so Plaintiff may include the additional facts, causes of action, and damages that stem from, relate to, or surround the circumstances laid out in this motion in section 4.

Dated this 21st day of February, 2022.

_____

Lonnie J. Washburn
ATTORNEY PRO SE
3098 S. Highland Dr. STE 101
Salt Lake City, UT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com

## CERTIFICATE OF MAILING

I certify that I mailed a true and correct copy of   MOTION TO SUPPLEMENT PLEADING
DISMISS. to the entity listed below by first class U.S. Mail, prepaid postage.

Dated this 24th day of February. 2022.



_____

Rodrigo Sagrado, Jr.

SEE ATTACHMENT

# ATTACHMENT

Boy Scouts of America and
Delaware BSA, LLC
1325 West Walnut Hill Lane
Irving, TX 75038

Unsecured Creditors Committee
Reed Smith, LLP
ATTN: Kurt F. Gwynne
1201N Market Street STE 1500
Wilmington, DE 19801

Tort Claimants Committee
Pachylski, Stang, Ziehl, and Jones
919 North Market Street STE 1700
Wilmington, DE 19801

Morris, Nichols, Arsht, Tunnell, LLP
Attn: Derek Abbott
1201 N Market Street- 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Future Claimants Representative
Kenneth N. Enos
Rodney Square 1000 N King Street
Wilmington, DE 19801

MONZACK MERSKY & BROWDER, P.A.
Attn: Rachel B. Mersky
1201 N. Orange Street, Suite 400
Wilmington, Delaware 19801

BROWN RUDNICK LLP
David J. Molton, Esquire
Eric R. Goodman
Seven Times Square
New York, New York 10036

Sunni P. Beville, Esquire
Tristan G. Axelrod, Esquire
One Financial Center
Boston, MA 02111

United States Trustee
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox
Wilmington, DE 19801