IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br>Adv Proc. No. 21-51177 |

Lonnie J. Washburn
    Plaintiff

Boy Scouts of America, Delaware BSA, LLC,
Future Claimant's Representative, The Coalition,
Tort Claims Committee, Creditors Committee

    Defendant(s)

---

## JURY DEMAND

---

In accordance with FRCP Rule 38 (b), Plaintiff in the above captioned matter, hereby makes a Demand for a jury trial on all issues.

Dated this 22nd day of February 2020.

*[signature]*

---

LonnieJ. Washburn
3098 S. Highland Dr. STE 101
Salt Lake City, UT 84106
Tel.: (801) 548-6884
collinlongshanks@gmail.com

FILED
2022 FEB 25 AH 8:19
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE