N THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>    BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN<br>                 Plaintiff,<br>v.<br><br>TORT CLAIMANT'S COMMITTEE, UNSECURED CREDITORS COMMITTEE, FUTURE CLAIMANT'S REPRESENTATIVE, BOY SCOUTS OF AMERICA, THE COALITION | Adv. Proc. No. 21-51177 (LSS) |

**REPLY AND LIMITED JOINDER OF THE
COALITION OF ABUSED SCOUTS FOR JUSTICE
IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

The Coalition of Abused Scouts for Justice (the "Coalition") by and through their undersigned counsel, hereby submit this reply in support of their *Motion of the Coalition of Abused Scouts for Justice to Dismiss First Amended Complaint* [D.I. 11] (the "Coalition Motion") to dismiss the first amended complaint (the "First Amended Complaint") filed by Lonnie Washburn (the "Plaintiff"). In further support of this Motion, the Movants respectfully represent as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00230784-2}

## REPLY

1.      The Coalition filed the Coalition Motion on February 7, 2022. Other defendants to this adversary proceeding filed motions to dismiss around the same time, for substantially the same reasons. *See* D.I. 6, 7, 10, 12, 21 (together with the Coalition Motion at D.I. 11, the "Motions to Dismiss").

2.      On February 16, 2022, Plaintiff filed a response to the Coalition Motion. *See* D.I. 30 (the "Response to Coalition").[2] At approximately the same time, Plaintiff filed or attempted to file responses to certain other Motions to Dismiss. *See* D.I. 20, 22, 23, 32 (the "Plaintiff Responses").

3.      On February 22, 2022, the Boy Scouts of America and Delaware BSA, LLC (the "Debtors") filed *The Boy Scouts of America and Delaware BSA, LLC's Reply in Support of Motion to Dismiss* [D.I. 28] (the "BSA Reply"), rebutting the arguments made in the Plaintiff's response at D.I. 23 to the Debtors' Motion to Dismiss at D.I. 10 and 12.

4.      The arguments made in the Motions to Dismiss are each substantially similar, with the exception that the Coalition has made certain arguments unique to it as an *ad hoc* committee and not, as the other defendants in this proceeding, an estate party. Nothing in the Response to Coalition addresses the Coalition's unique status or provides additional factual or legal support for the allegations raised against the Coalition. As a result, the BSA Reply sufficiently addresses the arguments made in each of the Plaintiff Responses as such arguments might apply to the Coalition.

---

[2] The Response to Coalition appears out of order on the Court's electronic docket, and although it appears to have been time-stamped on February 16, 2022, entry on the docket and receipt of the brief by the Coalition were delayed to approximately February 24, 2022 for reasons unknown.

5.  The Coalition thus hereby joins in the BSA Reply and incorporates the arguments contained therein to the extent applicable to the Coalition Motion and the Response to Coalition, and generally as to the Motions to Dismiss.

WHEREFORE, the Coalition respectfully requests that the Court enter an order granting the Coalition Motion to dismiss the First Amended Complaint in its entirety with prejudice and grant such other and further relief as the Court deems appropriate.

Dated: February 28, 2022
Wilmington, Delaware

MONZACK MERSKY & BROWDER, P.A.

*/s/ Rachel B. Mersky*
Rachel B. Mersky (DE No. 2049)
1201 North Orange Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 656-8162
Facsimile: (302) 656-2769
E-mail: rmersky@monlaw.com
– and –

BROWN RUDNICK LLP

David J. Molton, Esq.
Eric R. Goodman, Esq.
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
Email: egoodman@brownrudnick.com
-and-
Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: sbeville@brownrudnick.com
Email: taxelrod@brownrudnick.com
*Counsel to the Coalition of Abused Scouts for Justice*