# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et. al.*, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| LONNIE WASHBURN, | |
| Plaintiff, | |
| v. | |
| BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATITVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE, | Adv. Case No. 21-51177 (LSS) |
| Defendants. | |

## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing is complete on *The Boy Scouts of America and Delaware BSA, LLC's Motion to Dismiss the Adversary Complaint* (A.D.I. 10) (the "Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that the following pleadings have been filed in connection with the Motion to Dismiss:

| ADV. D.I. | BRIEFING |
|---|---|
| 5 | *Summons and Notice of Pretrial Conference in an Adversary Proceeding*[1] |
| 10 | *The Boy Scouts of America and Delaware BSA, LLC's Motion to Dismiss the Adversary Complaint* |
| 12 | *The Boy Scouts of America and Delaware BSA, LLC's Opening Brief in Support of Motion to Dismiss* |
| 23 | *Plaintiff's Response to BSA's Motion to Dismiss* |

---

[1] Attached to this document is Plaintiff's First Amended Complaint and *Lonnie Washburn's Declaration in Support of Plaintiff's Claim*.

| | |
|---|---|
| 28 | *The Boy Scouts of America and Delaware BSA, LLC's Reply in Support of Motion to Dismiss* |

**PLEASE TAKE FURTHER NOTICE** that briefing is also complete on Plaintiff's *Motion for Entry of Default* (A.D.I. 18) and *Motion for Entry of Default Judgment* (A.D.I. 19). The following pleadings have been filed in connection with the motions:

| ADV. D.I. | BRIEFING |
|---|---|
| 14 | *The Boy Scouts of America and Delaware BSA, LLC's Opposition to Plaintiff's Motion for Entry of Default* |
| 16 | *Joinder of the Coalition of Abused Scouts for Justice in the Debtors' Opposition to Plaintiff's Motion for Entry of Default* |
| 17 | *Joinder of the Official Committee of Tort Claimants to Debtors' Opposition to Plaintiff's Motion for Entry of Default* |
| 18[2] | *Plaintiff's Motion for Entry of Default* |
| 24 | *Creditors' Committee's Omnibus Opposition and Joinder to Co-Defendants' Oppositions to Plaintiff's Motion for Entry of Default* |

| ADV. D.I. | BRIEFING |
|---|---|
| 19 | *Plaintiff's Motion for Entry of Default Judgment* |
| 26 | *The Boy Scouts of America and Delaware BSA, LLC's Opposition to Plaintiff's Motion for Entry of Default Judgment* |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, binders containing a copy of this Notice of Completion of Briefing and the pleadings identified above will be delivered to the Court.

---

[2] The Motion is dated and was received by the Debtors, Coalition and Official Committee of Tort Claimants prior to the filing of the foregoing responses, but was not docketed until after the responses were filed.

2

| | |
|---|---|
| Date: March 8, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Donna L. Culver (No. 2983)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Email: dculver@morrisnichols.com<br>         dabbott@morrisnichols.com<br>         aremming@morrisnichols.com<br>         mtalmo@morrinsichols.com<br>         ptopper@morrisnichols.com<br><br>- and -<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>- and -<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>         mlinder@whitecase.com<br>         laura.baccash@whitecase.com<br>         blair.warner@whitecase.com<br><br>*Attorneys for Defendants Boy Scouts of America and Delaware BSA, LLC* |