## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et al.*, | Case No. 20-10343 (LSS) |
| Debtors. [1] | (Jointly Administered) |
| LONNIE WASHBURN, | |
| Plaintiff, | Adv. Pro. No. 21-51177 (LSS) |
| v. | |
| BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE, | |
| Defendants. | |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 8, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Completion of Briefing [Adv. Docket No. 35]**

Dated: March 9, 2022

_____
Darleen Sahagun
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 09 day of MARCH, 2022, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

GHAZI JAMSHED
Notary Public - California
Los Angeles County
Commission # 2376260
My Comm. Expires Oct 22, 2025

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

## EXHIBIT A

**Exhibit A**
**Service List**
**Served as set forth below**

| Name | Address | | Email | Method of Service |
|------|---------|--|-------|-------------------|
| Brown Rudnick LLP | David J. Molton | | dmolton@brownrudnick.com | Email |
| Brown Rudnick LLP | Sunni P. Beville | | sbeville@brownrudnick.com | Email |
| Brown Rudnick LLP | Tristan G. Axelrod | | taxelrod@brownrudnick.com | Email |
| Kramer Levin Naftalis | Thomas Moers Mayer | | tmayer@kramerlevin.com | Email |
| Kramer Levin Naftalis | Rachael Ringer | | rringer@kramerlevin.com | Email |
| Kramer Levin Naftalis | Jennifer R. Sharret | | jsharret@kramerlevin.com | Email |
| Kramer Levin Naftalis | Megan M. Wasson | | mwasson@kramerlevin.com | Email |
| Lonnie J. Washburn | 3098 S. Highland Drive, Suite 101 | Salt Lake City, UT 84106 | collinlongshanks@gmail.com | Email<br>First Class Mail |
| Monzack Mersky Browder and Hochman, P.A | Rachel B. Mersky | | rmersky@monlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Richard Pachulski | | rpachulski@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Debra Grassgreen | | dgrassgreen@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Alan J. Kornfeld | | akornfeld@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | James O'Neill | | joneill@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Iain A.W. Nasatir | | inasatir@pszjlaw.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | | kgwynne@reedsmith.com | Email |
| Reed Smith LLP | Mark W. Eckard | | meckard@reedsmith.com | Email |
| Rodney Square | Edwin J. Harron | | eharron@ycst.com | Email |