# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>Plaintiff,<br>v.<br><br>BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE,<br><br>Defendants. | Adv. Pro. No. 21-51177 (LSS) |

## AFFIDAVIT OF SERVICE

I, Darleen Sahagun, depose and say that I am employed by Omni Agent Solutions ("**Omni**"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 11, 2022, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **The Boy Scouts of America and Delaware BSA, LLC's Opposition to Plaintiff's Motion to File Supplemental Pleading [Adv. Docket No. 39]**

Dated: March 15, 2022

/s/ Darleen Sahagun
Darleen Sahagun
Omni Agent Solutions
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this ____ day of _____, 20____, by Darleen Sahagun proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**SEE ATTACHED ACKNOWLEDGMENT**

_____
Notary Public

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

**CALIFORNIA ACKNOWLEDGMENT**　　　　　　　　　　　　　　　　　　　　CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of __LOS ANGELES__ }

On __03/15/2022__ before me, __N SMITH NOTARY PUBLIC__,  
　　　　　Date　　　　　　　　　　　　　Here Insert Name and Title of the Officer  
personally appeared __DARLEEN SAHAGUN__  
　　　　　　　　　　　　　　　Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: N. SMITH, Notary Public - California, Los Angeles County, Commission # 2392084, My Comm. Expires Jan 29, 2026]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  
　　　　　　　Signature of Notary Public

*Place Notary Seal and/or Stamp Above*

——————————— **OPTIONAL** ———————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _____  
Document Date: _____  Number of Pages: _____  
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**  
Signer's Name: _____　　　Signer's Name: _____  
☐ Corporate Officer – Title(s): _____　　☐ Corporate Officer – Title(s): _____  
☐ Partner – ☐ Limited ☐ General　　　　　　☐ Partner – ☐ Limited ☐ General  
☐ Individual　　　☐ Attorney in Fact　　　　☐ Individual　　　☐ Attorney in Fact  
☐ Trustee　　　　☐ Guardian or Conservator　☐ Trustee　　　　☐ Guardian or Conservator  
☐ Other: _____　☐ Other: _____  
Signer is Representing: _____　Signer is Representing: _____

©2019 National Notary Association

# **EXHIBIT A**

**Exhibit A**
Service List
Served as set forth below

| Name | Address | | Email | Method of Service |
|---|---|---|---|---|
| Brown Rudnick LLP | David J. Molton | | dmolton@brownrudnick.com | Email |
| Brown Rudnick LLP | Sunni P. Beville | | sbeville@brownrudnick.com | Email |
| Brown Rudnick LLP | Tristan G. Axelrod | | taxelrod@brownrudnick.com | Email |
| Kramer Levin Naftalis | Thomas Moers Mayer | | tmayer@kramerlevin.com | Email |
| Kramer Levin Naftalis | Rachael Ringer | | rringer@kramerlevin.com | Email |
| Kramer Levin Naftalis | Jennifer R. Sharret | | jsharret@kramerlevin.com | Email |
| Kramer Levin Naftalis | Megan M. Wasson | | mwasson@kramerlevin.com | Email |
| Lonnie J. Washburn | 3098 S. Highland Drive, Suite 101 | Salt Lake City, UT 84106 | collinlongshanks@gmail.com | Email |
| | | | | First Class Mail |
| Monzack Mersky Browder and Hochman, P.A | Rachel B. Mersky | | rmersky@monlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Richard Pachulski | | rpachulski@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Debra Grassgreen | | dgrassgreen@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Alan J. Kornfeld | | akornfeld@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | James O'Neill | | joneill@pszjlaw.com | Email |
| Pachulski Stang Ziehl & Jones LLP | Iain A.W. Nasatir | | inasatir@pszjlaw.com | Email |
| Reed Smith LLP | Kurt F. Gwynne | | kgwynne@reedsmith.com | Email |
| Reed Smith LLP | Mark W. Eckard | | meckard@reedsmith.com | Email |
| Rodney Square | Edwin J. Harron | | eharron@ycst.com | Email |

In re: Boy Scouts of America
and Delaware BSA, LLC
Case No. 20-10343

Page 1 of 1