IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,<br><br>                        Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>Jointly Administered |
| LONNIE WASHBURN<br>                    Plaintiff,<br>v.<br><br>TORT CLAIMANT'S COMMITTEE *et al.*<br>                  Defendants. | Adv. No. 21-51177 (LSS) |

## **CERTIFICATE OF SERVICE**

        I, James E. O'Neill, hereby certify that on the 21st day of March, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

        **Notice of Completion of Briefing Regarding Motion of the Official Committee of Tort Claimants to Dismiss First Amended Complaint**

                                    */s/ James E. O'Neill*
                                    James E. O'Neill (Bar No. 4042)

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

Boy Scouts – Service List re Washburn Adversary
Case No. 21-51177 (LSS)
Doc. No. 237978
29 – Email
01 – First Class Mail

**EMAIL**
(Counsel to Tort Claimants' Committee)
Richard Pachulski, Esq.
Debra Grassgreen, Esq.
Alan J. Kornfeld, Esq.
James O'Neill, Esq.
Iain A.W. Nasatir, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19801
**Email:**  rpachulski@pszjlaw.com;
dgrassgreen@pszjlaw.com;
akornfeld@pszjlaw.com;
joneill@pszjlaw.com; inasatir@pszjlaw.com

**EMAIL**
(Counsel to the Debtors)
Derek C. Abbott, Esq.
Andrew R. Remming, Esq.
Paige N. Topper, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street, 16th Floor
Wilmington, DE  19899-1347
**Email:**  dabbott@mnat.com;
aremming@mnat.com; ptopper@mnat.com

**EMAIL**
(Counsel to the Debtors)
Jessica C. Lauria, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, NY  10020-1095
**Email:**  jessica.lauria@whitecase.com

**EMAIL**
(Counsel to the Debtors)
Michael C. Andolina, Eq.
Matthew E. Linder, Esq.
Laura E. Baccash, Esq.
Blair M. Warner, Esq.
White & Case LLP
111 S. Wacker Drive, Suite 5100
Chicago, IL  60606-4302
**Email:**  mandolina@whitecase.com;
mlinder@whitecase.com;
laura.baccash@whitecase.com;
blair.warner@whitecase.com

**EMAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Kurt F. Gwynne, Esq.
Mark W. Eckard, Esq.
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801
**Email:**  kgwynne@reedsmith.com;
meckard@reedsmith.com

**EMAIL**
(Counsel to the Official Committee of Unsecured Creditors)
Thomas Moers Mayer, Esq.
Rachael Ringer, Esq.
Jennifer R. Sharret, Esq.
Megan M. Wasson, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
**Email:**  tmayer@kramerlevin.com;
rringer@kramerlevin.com;
jsharret@kramerlevin.com;
mwasson@kramerlevin.com


**EMAIL**
(Counsel to the Future Claimants' Representative)
James L. Patton, Jr., Esq.
Robert Brady, Esq.
Edwin Harron, Esq.
Kevin A. Guerke, Esq.
Jared W. Kochenash, Esq.
Young Conaway Stargatt & Taylor
Rodney Square
1000 N. King Street
Wilmington, DE  19801
**Email:**  jpatton@ycst.com;
rbrady@ycst.com; eharron@ycst.com;
kguerke@ycst.com; jkochenash@ycst.com

**EMAIL**
(Counsel to the Coalition of Abused Scouts for Justice)
Rachel B. Mersky, Esq.
Monzack Mersky Browder and Hochman, P.A
1201 N. Orange Street, Suite 400
Wilmington, DE  19801
**Email:**  rmersky@monlaw.com

**EMAIL**
(Counsel to the Coalition of Abused Scouts for Justice)
David J. Molton, Esq.
Brown Rudnick LLP
Seven Times Square
New York, NY  10036
**Email:**  dmolton@brownrudnick.com

**EMAIL**
(Counsel to the Coalition of Abused Scouts for Justice)
Sunni P. Beville, Esq.
Tristan G. Axelrod, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA  02111
**Email:**  sbeville@brownrudnick.com;
taxelrod@brownrudnick.com

**EMAIL AND FIRST CLASS MAIL**
Lonnie Washburn
3098 S. Highland Drive, Suite 101
Salt Lake City, UT  84106
**Email:**  collinlongshanks@gmail.com