**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> BOY SCOUTS OF AMERICA, *et. al.*, <br><br> Debtors. <br> LONNIE WASHBURN, <br><br> Plaintiff, <br><br> v. <br><br> BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATITVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE, <br><br> Defendants. | Chapter 11 <br><br> Case No. 20-10343 (LSS) <br><br> (Jointly Administered) <br><br><br><br><br> Adv. Case No. 21-51177 (LSS) |

## NOTICE OF COMPLETION OF BRIEFING

**PLEASE TAKE NOTICE** that briefing is complete on *Plaintiff's Motion to File Supplemental Pleading* (A.D.I. 31) (the "Motion to Supplement").

**PLEASE TAKE FURTHER NOTICE** that the following pleadings have been filed in connection with the Motion to Supplement:

| ADV. D.I. | BRIEFING | DATE FILED |
|---|---|---|
| 5 | *Summons and Notice of Pretrial Conference in an Adversary Proceeding*[1] | 1/25/22 |
| 31 | *Plaintiff's Motion to File Supplemental Pleading*[2] | 2/25/22 |
| 37 | *Objection of the Official Committee of Tort Claimants to Plaintiff's Motion to File Supplemental Pleading* | 3/9/22 |

---

[1] Attached to this document is Plaintiff's First Amended Complaint and *Lonnie Washburn's Declaration in Support of Plaintiff's Claim*.

[2] Plaintiff served on the Debtors a declaration in support of the motion which does not appear on the docket. The Debtors will provide a copy of the declaration to the Court.

| 39 | *The Boy Scouts of America and Delaware BSA, LLC's Opposition to Plaintiff's Motion to File Supplemental Pleading* | 3/11/22 |
|---|---|---|
| 41 | *Plaintiff's Reply to Defendant's Objection to Morion [sic] to Supplement a Pleading* | 3/18/22 |
| 42 | *Plaintiff's Reply to TCC's Objection to Motion to Supplement Pleading* | 3/18/22 |
| 44 | *Objection of the Coalition of Abused Scouts for Justice to Motion to File Supplemental Pleading* | 3/18/22 |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Del. Bankr. L.R. 7007-4, a binder containing a copy of this Notice of Completion of Briefing and the pleadings identified above will be delivered to the Court.

*(Remainder of page intentionally left blank)*

| | |
|---|---|
| Date: April 1, 2022<br>Wilmington, Delaware | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br><br>*/s/ Matthew O. Talmo*<br>Donna L. Culver (No. 2983)<br>Derek C. Abbott (No. 3376)<br>Andrew R. Remming (No. 5120)<br>Matthew O. Talmo (No. 6333)<br>Paige N. Topper (No. 6470)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Telephone: (302) 658-9200<br>Email: dculver@morrisnichols.com<br>      dabbott@morrisnichols.com<br>      aremming@morrisnichols.com<br>      mtalmo@morrinsichols.com<br>      ptopper@morrisnichols.com<br><br>- and -<br><br>**WHITE & CASE LLP**<br>Jessica C. Lauria (admitted *pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 819-8200<br>Email: jessica.lauria@whitecase.com<br><br>- and -<br><br>**WHITE & CASE LLP**<br>Michael C. Andolina (admitted *pro hac vice*)<br>Matthew E. Linder (admitted *pro hac vice*)<br>Laura E. Baccash (admitted *pro hac vice*)<br>Blair M. Warner (admitted *pro hac vice*)<br>111 South Wacker Drive<br>Chicago, IL 60606<br>Telephone: (312) 881-5400<br>Email: mandolina@whitecase.com<br>      mlinder@whitecase.com<br>      laura.baccash@whitecase.com<br>      blair.warner@whitecase.com<br><br>*Attorneys for Defendants Boy Scouts of America and Delaware BSA, LLC* |