**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC, | Case No. 20-10343 (LSS) |
| Debtors.[1] | Jointly Administered |
| LONNIE WASHBURN, | Adv. No. 21-51177 (LSS) |
| Plaintiff, | **Re: Adv. Docket No. 46, 47** |
| v. | |
| TORT CLAIMANT'S COMMITTEE, *et al.*, | |
| Defendants. | |

**JOINDER OF THE TORT CLAIMANTS' COMMITTEE TO THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC'S MOTION TO STAY DISCOVERY OR, IN THE ALTERNATIVE, EXTEND DEADLINES TO COMPLY WITH DISCOVERY OBLIGATIONS**

The official committee of tort claimants (the "TCC"), appointed in the above-captioned cases, hereby joins in *The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations* (the "Motion") [Adv. Docket No. 46] filed on April 1, 2022 and respectfully states as follows:

1.  The TCC joins in the Motion for the reasons stated therein and in the accompanying supportive brief [Adv. Docket No. 47] and supports the requested stay of all discovery in the above-captioned adversary proceeding, including as to the TCC, or, in the alternative, the extension of discovery-related deadlines, including as to the TCC.

---

[1] The Debtors in these Chapter 11 Cases, together with the last four digits of Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

DOCS_DE:239008.1

| | |
|---|---|
| Dated: April 20, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Steven W. Golden*<br>Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)<br>Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)<br>Debra I. Grassgreen (CA Bar No. 169978) (admitted pro hac vice)<br>James E. O'Neill (DE Bar No. 4042)<br>Steven W. Golden (DE Bar No. 6807)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Tele/Fax: (302) 652-4100 / (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>            akornfeld@pszjlaw.com<br>            dgrassgreen@pszjlaw.com<br>            joneill@pszjlaw.com<br>            sgolden@pszjlaw.com<br><br>*Counsel for Defendant Official Tort Claimants' Committee* |