**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>　　　BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN<br>　　　　　　　Plaintiff,<br>v.<br><br>TORT CLAIMANT'S COMMITTEE, UNSECURED CREDITORS COMMITTEE, FUTURE CLAIMANT'S REPRESENTATIVE, BOY SCOUTS OF AMERICA, THE COALITION | Adv. Proc. No. 21-51177 (LSS) |

**JOINDER OF THE COALITION**
**OF ABUSED SCOUTS FOR JUSTICE**
**TO THE DEBTORS' MOTION TO STAY**
**DISCOVERY OR, IN THE ALTERNATIVE, EXTEND**
**DEADLINES TO COMPLY WITH DISCOVERY OBLIGATIONS**

The Coalition of Abused Scouts for Justice (the "Coalition") by and through their undersigned counsel, hereby joins in *The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations* (the "Motion") [A.D.I. 46] (the "Motion to Supplement") filed by Lonnie Washburn (the "Plaintiff") filed on April 1, 2022 and respectfully states as follows:

---

[1]  The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows:  Boy Scouts of America (6300) and Delaware BSA, LLC (4311).  The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00231788-1}

1.      The Coalition joins in the Motion for the reasons stated therein and in the accompanying supportive brief [A.D.I. 47] and supports the requested stay of all discovery in the above-captioned proceeding, including as to the Coalition, or in the alternative, the extension of discovery-related deadlines, including as to the Coalition.

Dated:  April 20, 2022
Wilmington, Delaware

                                MONZACK MERSKY & BROWDER, P.A.

                                */s/ Rachel B. Mersky*

                                Rachel B. Mersky (DE No. 2049)
                                1201 North Orange Street, Suite 400
                                Wilmington, Delaware 19801
                                Telephone:  (302) 656-8162
                                Facsimile:  (302) 656-2769
                                E-mail:  rmersky@monlaw.com

                                – and –

                                BROWN RUDNICK LLP
                                David J. Molton, Esq.
                                Eric R. Goodman, Esq.
                                Seven Times Square
                                New York, NY 10036
                                Telephone: (212) 209-4800
                                Email: dmolton@brownrudnick.com
                                Email: egoodman@brownrudnick.com

                                – and –

                                Sunni P. Beville, Esq.
                                Tristan G. Axelrod, Esq.
                                One Financial Center
                                Boston, MA 02111
                                Telephone: (617) 856-8200
                                Email: sbeville@brownrudnick.com
                                Email: taxelrod@brownrudnick.com

                                *Counsel to the Coalition of Abused Scouts for
                                Justice*]