**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC,[1]<br><br>              Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN<br>              Plaintiff,<br>v.<br><br>TORT CLAIMANT'S COMMITTEE, UNSECURED CREDITORS COMMITTEE, FUTURE CLAIMANT'S REPRESENTATIVE, BOY SCOUTS OF AMERICA, THE COALITION | Adv. Proc. No. 21-51177 (LSS) |

**JOINDER OF THECOALITION
OF ABUSED SCOUTS FOR JUSTICE
TO THE DEBTORS' PRELIMINARY RESPONSE
AND RESERVATION OF RIGHTS TO PLAINTIFF'S PETITION**

The Coalition of Abused Scouts for Justice (the "Coalition") by and through their undersigned counsel, hereby joins in *Boy Scouts of America and Delaware BSA, LLC's Preliminary Response and Reservation of Rights to Plaintiff's Petition in Support of Declaratory Relief* (the "Motion") [A.D.I. 68] (the "Preliminary Response") filed by the Debtors in connection with the *Petition for Declaratory Relief* (the "Petition") filed by Lonnie Washburn (the "Plaintiff") [A.D.I. 63] and respectfully states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

{00232730-1}

1.      The Coalition joins in the Preliminary Response, in particular to the effect that the Petition appears to have been filed in an inappropriate forum and articulates an inappropriate objection to the Plan.  The Coalition likewise joins in expressly reserving its right to amend, modify, or supplement this joinder and to file any further or supplemental motion, objection, response, or pleading in connection with the relief sought by the Petition.

| | |
|---|---|
| Dated:  May 24, 2022<br>Wilmington, Delaware | MONZACK MERSKY & BROWDER, P.A.<br><br>*/s/ Rachel B. Mersky*<br>Rachel B. Mersky (DE No. 2049)<br>1201 North Orange Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone:  (302) 656-8162<br>Facsimile:  (302) 656-2769<br>E-mail:  rmersky@monlaw.com<br><br>– and –<br><br>BROWN RUDNICK LLP<br>David J. Molton, Esq.<br>Eric R. Goodman, Esq.<br>Seven Times Square<br>New York, NY 10036<br>Telephone: (212) 209-4800<br>Email: dmolton@brownrudnick.com<br>Email: egoodman@brownrudnick.com<br><br>– and –<br><br>Sunni P. Beville, Esq.<br>Tristan G. Axelrod, Esq.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: (617) 856-8200<br>Email: sbeville@brownrudnick.com<br>Email: taxelrod@brownrudnick.com<br>*Counsel to the Coalition of Abused Scouts for Justice*] |