**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA, *et. al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| LONNIE WASHBURN,<br><br>Plaintiff,<br><br>v.<br><br>BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANTS' REPRESENTATIVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE,<br><br>Defendants. | Adv. Pro. No. 21-51177 (LSS)<br><br>**Re: A.D.I. 63, 68** |

**JOINDER OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC'S PRELIMINARY RESPONSE AND RESERVATION OF RIGHTS TO PLAINTIFF'S PETITION IN SUPPORT OF DECLARATORY RELIEF**

The official committee of tort claimants (the "TCC"), appointed in the above-captioned cases, hereby joins in the *Boy Scouts of America and Delaware BSA, LLC's Preliminary Response and Reservation of Rights to Plaintiff's Petition in Support of Declaratory Relief* [Adv. Dkt. No. 68] (the "Preliminary Response") filed on May 24, 2022 and, in support thereof, respectfully states as follows:[2]

1. The TCC joins in the Preliminary Response for the reasons stated therein and, out of an abundance of caution, file this Joinder in the event the Petition is construed as a motion or

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300); and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Preliminary Response.

1

other pleading requiring a response. As with Plaintiff's other filings in this Adversary Proceeding, the Petition represents yet another procedurally improper objection to the Plan that, because Plaintiff has named every estate-compensated entity as a Defendant (*i.e.* the Debtors, the TCC, the UCC, and the FCR), is being prosecuted at considerable expense to the Debtors' estates. Accordingly, the TCC joins in the Debtors' request for a status conference on the Petition to understand the most efficient way to proceed without burdening the Court or unnecessarily expending estate resources.

2. The TCC expressly reserves the right to amend, modify, or supplement this Joinder, and to file any further or supplemental motion, objection, response, or pleading, including any supplement to this Joinder and/or response to the Petition, in connection with the relief sought by the Petition.

| | |
|---|---|
| Dated: May 24, 2022<br>Wilmington, Delaware | PACHULSKI STANG ZIEHL & JONES LLP<br><br>*/s/ Steven W. Golden*<br>Richard M. Pachulski (CA Bar No. 90073) (admitted pro hac vice)<br>Alan J. Kornfeld (CA Bar No. 130063) (admitted pro hac vice)<br>Debra I. Grassgreen (CA Bar No. 169978) (admitted pro hac vice)<br>James E. O'Neill (DE Bar No. 4042)<br>Steven W. Golden (DE Bar No. 6807)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Tele/Fax: (302) 652-4100 / (302) 652-4400<br>Email:  rpachulski@pszjlaw.com<br>           akornfeld@pszjlaw.com<br>           dgrassgreen@pszjlaw.com<br>           joneill@pszjlaw.com<br>           sgolden@pszjlaw.com<br><br>*Counsel for Defendant Official Tort Claimants' Committee* |