# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC[1]<br><br>                  Debtors. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered) |
| Lonnie Washburn,<br><br>                  Plaintiff,<br><br>v.<br><br>Boy Scouts of America, Delaware BSA, LLC, Future Claimants' Representative; The Coalition; Tort Claims Committee, Creditor's Committee,<br><br>                  Defendants. | Adv. Proc. No. 21-51177 (LSS)<br><br><br><br>Re: A.D.I. 63 and 68 |

## FUTURE CLAIMANTS' REPRESENTATIVE'S JOINDER
## TO BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC'S PRELIMINARY RESPONSE AND RESERVATION OF RIGHTS TO PLAINTIFF'S PETITION IN SUPPORT OF DECLARATORY RELIEF

James L. Patton, Jr., the duly-appointed legal representative for future claimants in the above-captioned matter (the "FCR"), by and through his undersigned counsel, hereby joins (this "Joinder") in the *Boy Scouts of America and Delaware BSA, LLC's Preliminary Response and Reservation of Rights to Plaintiff's Petition in Support of Declaratory Relief* [Adv. Docket No. 68]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, Texas 75038.

(the "Preliminary Response").[2] The FCR agrees with, and joins in the Debtors' argument that that the Petition is procedurally deficient and appears to be an untimely Plan objection. However, the FCR likewise believes that a status conference with the Court is necessary so that the Court may provide guidance to the parties regarding the appropriate manner in which to proceed regarding the Petition.

Out of an abundance of caution, the FCR files this Joinder to the Preliminary Response to the extent that the Petition is construed as a motion. The FCR expressly reserves the right to amend, modify, or supplement this Joinder, and to file any further or supplemental motion, objection, response, or pleading, including any supplement to this Joinder, in connection with the relief sought by the Petition.

*Remainder of Page Intentionally Left Blank*

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Preliminary Response.

| | |
|---|---|
| Dated: May 24, 2022<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Robert S. Brady (No. 2847)<br>Edwin J. Harron (No. 3396)<br>Kenneth J. Enos (No. 4544)<br>Jared W. Kochenash (No. 6557)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Tel:   (302) 571-6600<br>Fax:   (302) 571-1253<br>Email: rbrady@ycst.com<br>         eharron@ycst.com<br>         kenos@ycst.com<br>         jkochenash@ycst.com<br><br>and<br><br>GILBERT LLP<br>Kami E. Quinn (admitted pro hac vice)<br>Emily Grim (admitted pro hac vice)<br>700 Pennsylvania Avenue, SE<br>Suite 400<br>Washington, DC 20003<br>Telephone: (202) 772-2336<br>Facsimile: (202) 772-2337<br>Emails:  quinnk@gilbertlegal.com<br>            grime@gilbertlegal.com<br><br>*Counsel to the Future Claimants' Representative* |