# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Boy Scouts of America and<br>Delaware BSA, LLC,[1]<br><br>                     Debtors.<br><br>Lonnie Washburn,<br><br>                     Plaintiff,<br><br>    v.<br><br>Boy Scouts of America; Delaware BSA, LLC;<br>Future Claimants' Representative; The Coalition;<br>Tort Claimants' Committee; and Creditors'<br>Committee,<br><br>                     Defendants. | Chapter 11<br><br>Case No. 20-10343 (LSS)<br><br>(Jointly Administered)<br><br><br>Adv. Proc. No. 21-51177 (LSS)<br><br>**Re: Adv. D.I. 63 and 68** |

## JOINDER AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE DEBTORS' PRELIMINARY RESPONSE AND RESERVATION OF RIGHTS TO PLAINTIFF'S PETITION FOR DECLARATORY RELIEF

The Official Committee of Unsecured Creditors (the "**Creditors' Committee**") of Boy Scouts of America and Delaware BSA, LLC (collectively, the "**Debtors**") by and through the Creditors' Committee's undersigned counsel, hereby submits this *Joinder and Reservation of Rights* to the *Debtors' Preliminary Response and Reservation of Rights to Plaintiff's Petition for Declaratory Relief* [Adv. D.I. 68] (the Debtors' "**Preliminary Response**") filed by the Debtors in response to the *Petition for Declaratory Relief* [Adv. D.I. 63] (the "Petition") filed by the above-captioned plaintiff ("**Plaintiff**") and states as follows:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' federal tax identification number, are as follows: Boy Scouts of America (6300) and Delaware BSA, LLC (4311). The Debtors' mailing address is 1325 West Walnut Hill Lane, Irving, TX 75038.

Out of an abundance of caution, the Creditors' Committee joins in and incorporates by reference herein the Debtors' Preliminary Response. The Creditors' Committee reserves its right to amend, modify, or supplement this Joinder and Reservation of Rights and to file any further or supplemental motion, objection, response, or pleading in connection with the relief sought by Plaintiff in the Petition.

Dated: May 24, 2022     Respectfully submitted,
        Wilmington, Delaware

**REED SMITH LLP**

By:   */s/ Mark W. Eckard*
      Kurt F. Gwynne (No. 3951)
      Mark W. Eckard (No. 4542)
      1201 Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 778-7500
      Facsimile: (302) 778-7575
      E-mail: kgwynne@reedsmith.com
      E-mail: meckard@reedsmith.com

-and-

**KRAMER LEVIN NAFTALIS**
   **& FRANKEL LLP**
Thomas Moers Mayer
Rachael Ringer
Natan M. Hamerman
Megan M. Wasson
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
E-mail: tmayer@kramerlevin.com
E-mail: rringer@kramerlevin.com
E-mail: nhamerman@kramerlevin.com
E-mail: mwasson@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*