IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| BOY SCOUTS OF AMERICA, *et. al.*, | Case No. 20-10343 (LSS) |
| Debtors. | (Jointly Administered) |
| LONNIE WASHBURN, | |
| Plaintiff, | |
| v. | |
| BOY SCOUTS OF AMERICA, DELAWARE BSA, LLC, FUTURE CLAIMANT'S REPRESENTATITVE, THE COALITION, TORT CLAIMS COMMITTEE, CREDITOR'S COMMITTEE, | Adv. Case No. 21-51177 (LSS) |
| | **Re: A.D.I. 46** |
| Defendants. | |

**ORDER GRANTING THE BOY SCOUTS OF AMERICA AND DELAWARE BSA, LLC'S MOTION TO STAY DISCOVERY OR, IN THE ALTERNATIVE, EXTEND DEADLINES TO COMPLY WITH DISCOVERY OBLIGATIONS**

Upon *The Boy Scouts of America and Delaware BSA, LLC's Motion to Stay Discovery or, in the Alternative, Extend Deadlines to Comply with Discovery Obligations* (the "Motion"); the Court having reviewed the Motion, the accompanying Memorandum,[1] and the responses thereto, if any; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

---

[1] Undefined terms used herein shall have the meanings ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Discovery in this adversary proceeding shall be stayed until thirty days after entry of an order (or orders) by the Court adjudicating both the Motion to Dismiss and Motion to Supplement. The stay with respect to discovery in this adversary proceeding may be extended upon further order of this Court.

3. Any and all deadlines established by the Bankruptcy Code, the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, or any order of this Court related to discovery in this adversary proceeding shall otherwise be extended until further order of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: June 6th, 2022
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE